IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RONALD L. ROYSE,**

    **Plaintiff,**

**v.**            Case No.: 3:11cv375/MCR/EMT

**DAVID MORGAN, et al.,**

    **Defendants.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 27, 2011 (doc. 12). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 30th day of November, 2011.

        s/ *M. Casey Rodgers*
        **M. CASEY RODGERS**
        **CHIEF UNITED STATES DISTRICT JUDGE**

*Case No: 3:03cv497/MCR/EMT*